IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARD J. ROBESON, | HON. JEROME B. SIMANDLE |
| Plaintiff, | Civil No. 10-1443 (JBS/AMD) |
| v. | |
| AHERN RENTALS, INC., et al., | **ORDER** |
| Defendants. | |

This matter having come before the Court upon the unopposed motion of Defendants Don Ahern and Mark Brown to dismiss the Complaint as to them for failure to timely serve [Docket Item 20]; for the reasons explained in the Memorandum Opinion of today's date; and for good cause shown;

IT IS this   **12th**   day of **October, 2011** hereby

ORDERED that Defendants' motion to dismiss is **GRANTED**; Defendants Don Ahern and Mark Brown will be dismissed without prejudice; and it is further

ORDERED that Defendants' request for an award of fees and costs is **DENIED.**

                                  **s/ Jerome B. Simandle**
                                  JEROME B. SIMANDLE
                                  United States District Judge